463 A.2d 59

Commonwealth v. Smith, Appellant.

Submitted September 14, 1982. Hugh S. Rebert, for appellant; Floyd Paul Jones, Assistant District Attorney, for Commonwealth, appellee.

Before CAVANAUGH, BECK and MONTEMURO, JJ.

Judgment of sentence affirmed.